UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrell Cooke                      Docket No. 5:09-CR-201-3FL

**Petition for Action on Supervised Release**

    COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrell Cooke, who, upon an earlier plea of guilty to Conspiracy to Interfere With Commerce by Robbery, in violation of 18 U.S.C. § 1951, and Use and Carry a Firearm During and In Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)and 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 27, 2010, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

    Terrell Cooke was released from custody on September 14, 2016, at which time the term of supervised release commenced. On April 6, 2017, this case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release, he has been supervised in the Middle District of Florida. On June 10, 2017, Cooke tested positive for marijuana, which was confirmed by laboratory analysis. On June 23, 2017, the defendant signed an admission of drug use form admitting to using marijuana on June 8, 2017. As a sanction for this drug use, we are recommending that he complete 25 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

    The defendant shall perform 25 hours of community service and follow the Probation Officer's instructions regarding the implementation of this Court directive.

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: August 15, 2017 |

**Terrell Cooke**
**Docket No. 5:09-CR-201-3FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 17th day of August , 2017, and ordered filed and made a part of the records in the above case.

*Louise V. Flanagan* (signature)
_____
Louise W. Flanagan
U.S. District Judge